1 | John H. Gomez (SBN 171485)
John P. Fiske (SBN 249256)
2 | Stephanie S. Poli (SBN 286239)
**GOMEZ TRIAL ATTORNEYS**
3 | 655 West Broadway, Suite 1700
San Diego, California 92101
4 | Telephone: 619-237-3490
Facsimile: 619-237-3496

Attorneys for Plaintiffs

Alicia J. Donahue, SBN 117412
adonahue@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104-4505
Telephone:    415-544-1900
Facsimile:    415-391-0281

Attorneys for Defendants
Bayer HealthCare Pharmaceuticals Inc.,
Bayer Corporation, and McKesson Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH DESALVO, an individual<br><br>            Plaintiff,<br>     v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER CORPORATION; and MCKESSON CORPORATION;<br><br>            Defendants. | Case No. 3:14-cv-05670-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon.  Susan Illston<br>Date:  April 10, 2015<br>Time: 2:30pm<br>Courtroom 10, 19th Floor |

///

///

///

1

## STIPULATION

Pursuant to the Case Management Order of the Honorable Susan Illston and Rules 6-2 and 7-12 of the Civil Local Rules for the United States District Court for the Northern District of California, the parties, Plaintiff JOSEPH DESALVO and Defendants BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER CORPORATION, and MCKESSON CORPORATION (hereinafter collectively "Defendants"), by and through their attorneys of record, request that the Case Management Conference currently scheduled for April 10, 2015, be continued to July 10, 2015:

In support of this request, the parties state:

1. On December 30, 2014 Plaintiff Joseph DeSalvo commenced this action against Defendants by filing a complaint in the United States District Court for the Northern District of California, case number 3:14-cv-5670 LB. (Docket No.1)

2. On December 31, 2014 an Initial Case Management Conference was ordered to be held on April 2, 2014 at 11:00 am in Courtroom C, 15th Floor in San Francisco. (Docket No. 3)

3. On January 30, 2015, this case was reassigned to the Honorable Susan Illston in the San Francisco Division for all further proceedings, vacating all previously scheduled dates and motions. (Docket No. 9)

4. On February 2, 2015 a Case Management Conference was ordered to be held on April 3, 2015 at 2:30 pm in Courtroom No. 10, 19th floor Federal Building in San Francisco. (Docket No. 10)

5. On March 12, 2015 the Case Management Conference set for April 3, 2014 was continued to April 7, 2015. (Docket No. 23)

6. On March 24, 2015 the Case Management Conference set for April 7, 2014 was continued to April 10, 2015. (Docket No. 33)

7. Despite vigorous and repeated attempts to communicate with Plaintiff, Plaintiff will not communicate with Plaintiff's Counsel. Plaintiff's Counsel has attempted to communicate with Plaintiff via person, phone, email, mail, and certified mail and has been unable to reach him.

8. Plaintiff's Counsel has relayed this information to Defendants' Counsel as well as their intention to withdraw as Counsel from this case.

9. On April 7, 2015 Plaintiff's Counsel spoke with the clerk of this Court and indicated their intent to withdraw as Counsel from this case and wish to continue the Case Management Conference. Plaintiff's Counsel was directed to file with Defendants this joint stipulation requesting a continuance of the Case Management Conference.

10. The parties respectfully request the Court continue the Case Management Conference to July 10, 2015.

**IT IS HEREBY STIPULATED,**

DATED: April 8, 2015                          GOMEZ TRIAL ATTORNEYS

                                                                       BY: /s/ Stephanie S. Poli
                                                                       John Gomez
                                                                       John P. Fiske
                                                                       Stephanie S. Poli

                                                                Attorneys for Plaintiff

DATED: April 8, 2015                          SHOOK, HARDY & BACON LLP


                                                                    By: /s/ Alicia J. Donahue
                                                                       Alicia J. Donahue

                                                                Attorneys for Defendants
                                                               Bayer HealthCare Pharmaceuticals Inc.,
                                                                Bayer Corporation, and McKesson Corporation

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                                                     By: */s/ Alicia J. Donahue*
                                                                          Alicia J. Donahue

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/9/15                                 _____
                                                              THE HONORABLE SUSAN ILLSTON
                                                               UNITED STATES DISTRICT JUDGE

1  John H. Gomez (SBN 171485)
   John P. Fiske (SBN 249256)
2  Stephanie S. Poli (SBN 286239)
   **GOMEZ TRIAL ATTORNEYS**
3  655 West Broadway, Suite 1700
   San Diego, California 92101
4  Telephone: 619-237-3490
   Facsimile: 619-237-3496
5
6  Attorneys for Plaintiff
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

| | |
|---|---|
| JOSEPH DESALVO, an individual | Case No. 3:14-cv-05670-SI |
| Plaintiff, | **DECLARATION OF STEPHANIE S. POLI IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER CORPORATION; and MCKESSON CORPORATION; | Hon. Susan Illston<br>Date: April 10, 2015<br>Time: 2:30pm<br>Courtroom 10, 19th Floor |
| Defendants. | |

///
///
///
///
///
///
///
///

1

## DECLARATION OF STEPHANIE S. POLI

I, STEPHANIE S. POLI declare under penalty of perjury of the laws of the United States and the State of California as follows:

1. I am a member of good standing of the State Bar of California and am one of the attorneys for Plaintiff JOSEPH DESALVO, ("Plaintiff"), in this action. I make this Declaration in Support of the Joint Stipulation and [Proposed] Order to Continue the Case Management Conference. Pursuant to the Case Management Order of the Honorable Susan Illston and Rules 6-2 and 7-12 of the Civil Local Rules for the United States District Court for the Northern District of California, the parties Plaintiff and Defendants BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER CORPORATION, and MCKESSON CORPORATION (hereinafter collectively "Defendants"), by and through their attorneys of record, respectfully request that the Case Management Conference currently scheduled for April 10, 2015, be continued to July 10, 2015.

2. On December 30, 2014 Plaintiff commenced this action against Defendants by filing a complaint in the United States District Court for the Northern District of California, case number 3:14-cv-5670 LB. (Docket No.1)

3. On December 31, 2014 an Initial Case Management Conference was ordered to be held on April 2, 2014 at 11:00 am in Courtroom C, 15th Floor in San Francisco. (Docket No. 3)

4. On January 30, 2015, this case was reassigned to the Honorable Susan Illston in the San Francisco Division for all further proceedings, vacating all previously scheduled dates and motions. (Docket No. 9)

5. On February 2, 2015 a Case Management Conference was ordered to be held on April 3, 2015 at 2:30 pm in Courtroom No. 10, 19th floor Federal Building in San Francisco. (Docket No. 10)

6. On March 12, 2015 the Case Management Conference set for April 3, 2014 was continued to April 7, 2015. (Docket No. 23)

7. On March 24, 2015 the Case Management Conference set for April 7, 2014 was continued to April 10, 2015. (Docket No. 33)

8. Despite vigorous and repeated attempts to communicate with Plaintiff, Plaintiff will not communicate with Plaintiff's Counsel.  Plaintiff's Counsel has attempted to communicate with Plaintiff via person, phone, email, mail, and certified mail and has been unable to reach him.

9. Plaintiff's Counsel has relayed this information to Defendants' Counsel as well as their intention to withdraw as Counsel from this case.

10. On April 7, 2015 Plaintiff's Counsel spoke with the clerk of this Court and indicated their intent to withdraw as Counsel from this case and wish to continue the Case Management Conference.  Plaintiff's Counsel was directed to file with Defendants this joint stipulation requesting a continuance of the Case Management Conference.

11. The parties respectfully request the Court continue the Case Management Conference to July 10, 2015.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 8, 2015 in San Diego, California.

BY:  s/ Stephanie S. Poli
Stephanie S. Poli